IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH J. LYNCH, JOSEPH B. LYNCH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-2382 |
| | : | |
| SERGEANT T.J. LONG, SERGEANT SHANT BEDROSSIAN, DETECTIVE DAVID VERNACCHIO, DETECTIVE ROBERT LYTHGOE, JOHN DOES 1-2 | : | |

# ORDER

**AND NOW**, this 20th day of October 2025, upon reviewing Defendants' Motions to dismiss (ECFs 14, 18), Plaintiffs having elected to not timely contest the Motion, consistent with Local Rule 7.1, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' uncontested Motions (ECF 14, 18) are **GRANTED** requiring we:

1. **DISMISS** with prejudice Plaintiffs' official capacity claims against Sergeant Long, Sergeant Bedrossian, Detective Vernacchio, and Detective Lythgoe and all Fourteenth Amendment due process claims;

2. **DISMISS** without prejudice Plaintiffs': First Amendment claim for alleged retaliation on May 12, 2023; Fourth Amendment claim arising from conduct on May 12, 2023; conspiracy and municipal liability claims based on the remaining First and Fourth Amendment claims; and state law claims declining supplemental jurisdiction;

3. **STRIKE** Plaintiffs' "proof of service" (ECF 10) purporting to serve "John Does 1-2" without identifying the John Does or describing the service upon an illegible person as authorized by law by accept service upon unidentified John Does without prejudice to timely

effect service of the summons upon named persons along with an amended Complaint under this Order; and,

    4.    **GRANT** Plaintiffs leave to file an amended Complaint consistent with Federal Rules of Civil Procedure 8 and 11 on the claims not today dismissed with prejudice (paragraph 2 above) by no later than **November 21, 2025** or we will direct the Clerk of Court to close this case given the dismissal of all claims.

                                                    KEARNEY, J.