IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH J. LYNCH** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO. 25-2382** |
| | : | |
| **SERGEANT T.J. LONG, SERGEANT** | : | |
| **SHANT BEDROSSIAN, DETECTIVE** | : | |
| **JOSEPH FULLER, DETECTIVE** | : | |
| **DAVID VERNACCHIO** | : | |

## ORDER

**AND NOW**, this 7th day of April 2026, upon considering Haverford Township Defendants' Motion to dismiss (ECF 45) the consolidated amended Complaint (ECF 41), Plaintiffs' Opposition (ECF 48), Detective Lythgoe's Motion to dismiss (ECF 49), Plaintiffs' Opposition (ECF 51), Plaintiffs' Notice of supplemental authority (ECF 52), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.      **GRANT** with prejudice Detective Lythgoe's Motion (ECF 49) after affording Plaintiffs multiple opportunities to plead claims;

2.      **GRANT in part** Haverford Township Defendants' Motion to dismiss (ECF 45) requiring we dismiss with prejudice after affording Plaintiffs multiple opportunities to plead:

   a.   Joseph J. Lynch's First Amendment retaliation claim against Sergeant Bedrossian, Detective Fuller, Sergeant McCreight, and Chief Viola;

   b.   Joseph B. Lynch's First Amendment retaliation claim;

   c.   Joseph J. Lynch's civil rights conspiracy claim against Chief Viola, Township Manager Burman, Sergeant McCreight, and Sergeant Bedrossian;

   d.   Joseph B. Lynch's civil rights conspiracy claim;

   e.   Joseph J. Lynch's and Joseph B. Lynch's municipal liability claim;

     f.   Joseph B. Lynch's malicious prosecution claim;

     g.   Joseph J. Lynch's and Joseph B. Lynch's civil trespass claim against Code Director Celia;

     h.   Joseph J. Lynch's and Joseph B. Lynch's intentional infliction of emotional distress claim;

     i.   Joseph B. Lynch's civil trespass claim against Sergeants Long and Bedrossian;

3.  **DENY in part** the Haverford Township Defendants' Motion (ECF 45) to allow Joseph J. Lynch to proceed on his claims of:

     a.   First Amendment retaliation against Detective Vernacchio and Sergeant Long arising from their May 12, 2023 conduct;

     b.   Fourth Amendment false arrest and excessive force against Detective Fuller arising from the October 31, 2023 encounter;

     c.   civil rights conspiracy against Sergeant Long and Detective Fuller arising from the May 12, 2023 house visit and October 31, 2023 encounter respectively;

     d.   state law assault and battery and false arrest against Detective Fuller arising from the October 31, 2023 encounter; and,

     e.   state law civil trespass claim against Sergeants Long and Bedrossian arising from their May 12, 2023 house visit;

4.  **GRANT** Sergeants Long and Bedrossian and Detectives Vernacchio and Fuller leave to answer Joseph J. Lynch's allegations by no later than **April 21, 2026;** and,

5.  **AMEND** the caption as above.

**KEARNEY, J.**

2