**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH J. LYNCH** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| v. | : | **NO. 25-2382** |
| | : | |
| **SERGEANT T.J. LONG, SERGEANT SHANT BEDROSSIAN, DETECTIVE JOSEPH FULLER, DETECTIVE DAVID VERNACCHIO** | : | |

# ORDER

**AND NOW**, this 24th day of November 2026, upon considering Defendants' Motion for partial summary judgment (ECF 207), Plaintiff's Oppositions (ECFs 211, 212), Defendants' Reply (ECF 213), and for reasons in today's accompanying memorandum, it is **ORDERED** we:

1. **GRANT** Defendants' Motion for partial summary judgment (ECF 207) dismissing all of Plaintiff's claims relating to the May 12, 2023 encounter with prejudice;

2. **VACATE** the parties' remaining obligations under our May 1, 2026 Order (ECF 78) relating to trial on the May 12, 2023 allegations; and,

3. **REMIND** the parties of their time sensitive obligations under our November 9, 2026 Order (ECF 220) to ensure compliance with Orders and continued review consistent with Rule 1.

**KEARNEY, J.**